GailAnn Y. Stargardter (Bar No. 250749)
gstargardter@archernorris.com
Ana G. Guardado (Bar No. 286732)
aguardado@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:     925.930.6600
Facsimile:      925.930.6620

Attorneys for Plaintiff
ATAIN Specialty Insurance Company F/K/A Usf Insurance Company, A Michigan Corporation

James H. Wilkins (Bar No. 116364)
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone:     (559) 438-2390
Facsimile:      (559) 438-2393
E-mail:          j.wilkins@wdcllp.com

Attorneys for Defendants
Alvin M. Roberts, Shirley M. Roberts, and Roberts Alvin M. & Sr Trust

Hector Cavazos, Jr. (Bar No. 226400)
CAVAZOS LAW FIRM
501 West Weber Avenue, Suite 300A
Stockton, CA 95203
Telephone:     (209) 948-2222
Facsimile:      (209) 948-9999
E-mail:          hcavazos@cavazoslaw.com

Attorneys for Defendant
Jesse Hernandez dba Tarp Services, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN Specialty Insurance Company f/k/a USF Insurance Company, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>Jesse Hernandez dba Tarp Services, Inc., et al, | Case No.  2:13-cv-00530-MCE-DAD<br><br>**STIPLATION AND ORDER EXTENDING CASE DEADLINES PURSUANT TO COURT'S ORDER TO STAY ACTION**<br><br>Complaint Filed:   March 15, 2013<br>Judge:          Hon. Morrison C. England, Jr. |

Defendants.

## STIPULATION

Plaintiff ATAIN Specialty Insurance Company ("Plaintiff") and defendants Alvin M. Roberts, Shirley M. Roberts, and Roberts Alvin M. & Sr Trust ("Roberts") and defendant Jesse Hernandez, dba Tarp Services, Inc. ("Hernandez") (collectively, "Defendants"), by and through their counsel of record in this action, hereby agree and stipulate:

WHEREAS, on January 24, 2014, this Court ordered in a stay in this action pending the resolution of the underlying state court action, *Manuel Prado Gonzalez individually and as the successor in interest to the Estate of Jacqueline Gonzalez Jimenez v. Alvin Roberts, et ux, et al.*, ("*Gonzalez* litigation") filed in Sacramento County Superior Court under Case No. 34-2010-00079357;

WHEREAS, the parties to the *Gonzalez* litigation have not finalized settlement of the underlying action, thus the *Gonzalez* litigation has not been resolved as of May 21, 2014;

WHEREAS, good cause exists to extend case deadlines to allow the parties to the *Gonzalez* litigation to finalize settlement, or alternatively, to allow the Parties the opportunity to adjudicate this action, if necessary, following final resolution of the underlying action.

Plaintiff and Defendants hereby agree and stipulate that all case deadlines set forth in the Pretrial Scheduling Order (Dkt. No. 35) shall be extended by six (6) months, as follows:

1. The current deadline to complete discovery, with the exception of expert discovery, of July 15, 2014, is now extended to, and including, January 15, 2015;

2. The current deadline to disclose expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2)(B), of September 11, 2014, is now extended to, and including, March 11, 2015;

3. The current deadline to hear dispositive motions, and related filing deadlines, of January 22, 2015, is now extended to, and including, July 23, 2015;

4. The current deadline to file a Joint Final Pretrial Conference Statement of February 26, 2015, is now extended to, and including, August 26, 2015;

5. The current Final Pretrial Conference set for March 19, 2015, at 2:00 p.m., is now continued to September 17, 2015, at 2:00 p.m.;

6. The current deadline to file evidentiary or procedural motions, and related briefing schedules, of February 26, 2015, is now extended to, and including, August 26, 2015;

7. The current deadline to file trial briefs of March 5, 2015, is now continued to September 3, 2015;

8. The current Trial Date set for May 11, 2015, at 9:00 a.m. is now continued to November 9, 2015, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: May 23, 2014                         ARCHER NORRIS

*/s/ Ana G. Guardado*
GailAnn Y. Stargardter
Ana G. Guardado
Attorneys for Plaintiff
ATAIN Specialty Insurance Company f/k/a USF Insurance Company, a Michigan corporation

Dated: May 23, 2014                         WILKINS, DROLSHAGEN & CZESHINSKI LLP

*/s/ James H. Wilkins (as authorized on May 24, 2014)*
James H. Wilkins
Attorneys for Defendants
Alvin M. Roberts, Shirley M. Roberts, and Roberts Alvin M. & Sr Trust

///

///

///

///

Dated: May 23, 2014                             CAVAZOS LAW FIRM


                                                */s/ Hector Cavazos, Jr (as authorized on May 23, 2014)*
                                                Hector Cavazos, Jr.
                                                Attorneys for Defendant
                                                Jesse Hernandez dba Tarp Services, Inc.


**ORDER**


In accordance with the foregoing stipulation, and good cause appearing therefor, the Court will extend the deadlines set forth in the Pretrial Scheduling Order, ECF No. 35, for a period of approximately six months in order to permit resolution of this case following the pending adjudication of the underlying action in state court.  An Amended Pretrial Scheduling Order will be issued by the Court setting forth all applicable new dates.  Counsel are cautioned that those dates may deviate to some extent from those proposed in the stipulation, depending on the Court's availability.

IT IS SO ORDERED.

Dated:  June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT