1  GailAnn Y. Stargardter (Bar No. 250749)
   Andrew J. King (Bar No. 253962)
2  ARCHER NORRIS
   A Professional Law Corporation
3  2033 North Main Street, Suite 800
   Walnut Creek, CA  94596-3759
4  Telephone:    925.930.6600
   Facsimile:    925.930.6620
5  gstargardter@archernorris.com
   aking@archernorris.com
6
   *Attorneys for Plaintiff*
7  Atain Specialty Insurance Company f/k/a USF
   Insurance Company
8
   James H. Wilkins (Bar No. 116364)
9  WILKINS, DROLSHAGEN & CZESHINSKI LLP
   6785 N. Willow Ave.
10 Fresno, CA 93710
   Telephone:    (559) 438-2390
11 Facsimile:    (559) 438-2393
   E-mail:        j.wilkins@wdcllp.com
12
   *Attorneys for Defendants*
   Alvin M. Roberts, Shirley M. Roberts, and Roberts
13 Alvin M. & Sr Trust
14 Hector Cavazos, Jr. (Bar No. 226400)
   CAVAZOS LAW FIRM
15 501 West Weber Avenue, Suite 300A
   Stockton, CA 95203
16 Telephone:    (209) 948-2222
   Facsimile:    (209) 948-9999
17 E-mail:        hcavazos@cavazoslaw.com
18 *Attorneys for Defendant*
   Jesse Hernandez dba Tarp Services, Inc.
19
20                     UNITED STATES DISTRICT COURT
21                     EASTERN DISTRICT OF CALIFORNIA
22
23 ATAIN SPECIALTY INSURANCE          Case No.  13-cv-00530-MCE-DAD
   COMPANY f/k/a USF INSURANCE
24 COMPANY,                            **ORDER RE:  NOTICE OF SETTLEMENT
                                       AND STIPULATION OF DISMISSAL
                  Plaintiff,           [FED.R.CIV.P. 41(a)(1)(A)(ii)]**
25
   v.                                  Complaint Filed:    March 15, 2013
26
   JESSE HERNANDEZ DBA TARP            **Judge:    Hon. Morrison C. England, Jr.**
27 SERVICES, INC., et al,
28                  Defendant.

NOTICE OF SETTLEMENT &                             CASE NO: 13-CV-00530-MCE-DAD
STIPULATION OF DISMISSAL

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Plaintiff Atain Specialty Insurance Company and defendants Alvin M. Roberts, Shirley M. Roberts, and Roberts Alvin M. & Sr Trust, and Jesse Hernandez, dba Tarp Services, Inc.  (collectively, the "Parties"), have executed a settlement agreement resolving this matter.

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to dismissal of the claims asserted in this action, with prejudice, pursuant to the terms of the Parties' settlement agreement.  Each party shall bear their own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: April 16, 2015                    ARCHER NORRIS


                                         /s/ Andrew J. King
                                         GailAnn Y. Stargardter,
                                         Andrew J. King
                                         Attorneys for Plaintiff
                                         Atain Specialty Insurance Company f/k/a USF
                                         Insurance Company


Dated: April 14, 2015                    WILKINS, DROLSHAGEN & CZESHINSKI LLP


                                         /s/ James H. Wilkins
                                         James H. Wilkins
                                         Attorneys for Defendants
                                         Alvin M. Roberts, Shirley M. Roberts, and
                                         Roberts Alvin M. & Sr Trust


Dated: April 7, 2015                     CAVAZOS LAW FIRM


                                         /s/ Hector Cavazos. Jr.
                                         Hector Cavazos, Jr.
                                         Attorneys for Defendant
                                         Jesse Hernandez dba Tarp Services, Inc.

NOTICE OF SETTLEMENT &
STIPULATION OF DISMISSAL                          2                    CASE NO: 13-CV-00530-MCE-DAD

**<u>ORDER</u>**

Pursuant to the parties' stipulation, this case is now DISMISSED with prejudice, each party to bear its own fees and costs.  The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated:  April 23, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT